**UNITED STATES INVESTMENT CORPORATION, Ltd. et al., Appellants, v. E. H. WODEHOUSE et al., Appellees.**

No. 7400.

Circuit Court of Appeals, Ninth Circuit.

March 26, 1934.

Marguerite K. Ashford, of Honolulu, T. H., for appellants.

A. G. M. Robertson, of Honolulu, T. H., for appellees.

Before WILBUR and GARRECHT, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed, without costs; mandate forthwith.